## PERSONALTY LIQUIDATING CO. v. WILSON.

(Supreme Court, Appellate Term, First Department.  November 13, 1913.)

Courts (§ 190*)—Municipal Courts—Default Judgment—Absence of Process.

It being shown, on appeal from a default judgment of the Municipal Court, that there was no service of process, the judgment will be reversed, and the complaint dismissed.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by the Personalty Liquidating Company against Ralph Wilson.  From a judgment for plaintiff, entered on a default, defendant appeals.  Reversed and dismissed.

Argued October term, 1913, before SEABURY, GUY, and BIJUR, JJ.

David Ross, of New York City, for appellant.

Jacob S. Gross, of Binghamton, for respondent.

BIJUR, J.  The affidavits submitted upon the hearing of the appeal, and the further affidavits submitted in accordance with a subsequent direction of the court, show sufficiently that the defendant was not personally served with process.

Judgment reversed, with costs, and complaint dismissed, with costs, without prejudice.  All concur.